```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   19cv6100 (DLC)
SAGI GENGER,                             :
                                         :       ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
DAVID BROSER et al.,                     :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 13, 2019, the plaintiff filed a status report on Orly Genger's pending bankruptcy proceedings. On September 9, 2021, this case was reassigned to this Court for all purposes. It is hereby

ORDERED that plaintiff shall submit a status letter regarding the pending bankruptcy proceedings by **September 23, 2022**.

Dated:   New York, New York
         September 2, 2022

                              _____
                                       DENISE COTE
                              United States District Judge